Elvis Anthony **TABLADA**, Petitioner,

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

**No. 05–75080.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 21, 2006.*

Filed Dec. 27, 2006.

Elvis Anthony Tablada, North Las Vegas, NV, pro se.

NVL–District Counsel, Office of the District Counsel, Department of Homeland Security, Las Vegas, NV, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Anh–Thu P. Mai, Esq., Joanne E. Johnson, Esq., DOJ–U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: GOODWIN, WALLACE, and LEAVY, Circuit Judges.

MEMORANDUM **

Elvis Anthony Tablada, a native and citizen of Belize, petitions pro se for review of an order of the Board of Immigration

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

Appeals ("BIA") dismissing as untimely his appeal from an immigration judge's ("IJ") removal order. Reviewing de novo, *Da Cruz v. INS*, 4 F.3d 721, 722 (9th Cir.1993), we deny the petition for review.

The IJ's order was issued on May 27, 2005 and informed Tablada that his appeal to the BIA was due by June 27, 2005. However, Tablada's appeal was not filed until July 13, 2005. The BIA therefore correctly dismissed the appeal as untimely. *See id.* Accordingly, we do not reach Tablada's merits arguments.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.